**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

OSCAR R.R.G.,

                                        Petitioner,

v.

PAMELA BONDI, *United States Attorney General*;

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; and

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

                                        Respondents.

Civil No. 26-1204 (JRT/SGE)

**MEMORANDUM OPINION AND ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE**

---

Taylor Jon Volkman, **TAYLOR VOLKMAN, ESQ.**, 80 South Eighth Street, Suite 900, Minneapolis, MN 55402, for Petitioner.

David W. Fuller, Trevor Brown, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondents.

Petitioner Oscar R.R.G. was unlawfully detained by U.S. Immigration and Customs Enforcement ("ICE") officials on February 7, 2026.  (Verified Pet. for Writ of Habeas Corpus ¶ 17, Feb. 7, 2026, Docket No. 1; Order, Feb. 13, 2026, Docket No. 6.)  On February 13,

2026, the Court ordered Respondents to release Petitioner immediately. (Docket No. 6.)

On February 14, 2026, Respondents filed an update stating that Petitioner had been released. (Docket No. 7.)

That same day, Petitioner filed a Motion for Order to Show Cause. (Docket No. 8.) Petitioner alleges that although Respondents released him from custody on February 13, Respondents' conduct in releasing Petitioner violated the Court's February 13 Order in several respects. First, ICE did not coordinate with Petitioner's counsel. (*See id.* at ¶ 2.) Second, Respondents withheld Petitioner's cell phone and wallet, which contains his driver's license, work permit card, and various bank cards (*id.* ¶ 3), in violation of the Court's directive to release Petitioner with all personal effects. Third, Respondents have imposed conditions on Petitioner's release including electronic monitoring (*see id.* ¶ 4), again in violation of the Court's February 13 Order.

The Court will direct Respondents to show cause in writing by 5:00 p.m. on February 20, 2026, why the conditions imposed on Petitioner Oscar R.R.G.'s release should not be stricken as inconsistent with this Court's release order. Alternatively, Respondents must provide confirmation that all conditions of release have been removed. The Court will further direct Respondents to provide an update regarding the status of Petitioner's personal effects.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Oscar R.R.G.'s Motion for an Order to Show Cause (Docket No. [8]) is **GRANTED IN PART**, as follows:

   a. Respondents shall file a memorandum by **5:00 p.m. on February 20, 2026.** Respondents must:

      i. Demonstrate why the conditions imposed on Petitioner Oscar R.R.G.'s release should not be stricken as inconsistent with this Court's release order, or confirm that all conditions of release have been removed; and

      ii. Provide an update regarding the status of Petitioner's personal effects.

2. Petitioner shall provide the Court with a status update concerning the status of any conditions and the Petitioner's personal effects by **no later than 5:00 p.m. on February 21, 2026**. Petitioner shall also state whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

DATED: February 18, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge